THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SEAN C. OWEN,<br><br>                Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>                Respondents. | **MEMORANDUM DECISION<br>& ORDER AFTER TENTH<br>CIRCUIT'S REMAND OPINION**<br><br>Case No. 2:18-CV-434 DBB<br><br>District Judge David Barlow |

On June 23, 2022, the Tenth Circuit Court of Appeals remanded to this Court "to VACATE the dismissal with prejudice for Mr. Owen's claims pursuant to 42 U.S.C. § 1983 against the United States and State of Utah and to enter an order dismissing those claims without prejudice." *Owen v. United States*, No. 21-4134 (10th Cir. June 23, 2022). The Tenth Circuit further remanded to this Court "to VACATE the dismissal of Mr. Owen's claims properly construed as seeking habeas relief pursuant to § 2254 so that he may bring all of his habeas claims in a single petition or withdraw those claims." (*Id.*)

    **IT IS THEREFORE ORDERED** that:

  (1) This Court's Order, (ECF No. 23), is **VACATED** regarding Petitioner's § 1983 claims against the United States and State of Utah.

  (2) Petitioner's § 1983 claims against the United States and State of Utah are **DISMISSED WITHOUT PREJUDICE**.

**(3)** This Court's Order, (ECF No. 23), is **VACATED** as to Petitioner's § 2254 claims, so that Petitioner may--within thirty days--bring all his habeas claims in a single petition or withdraw his § 2254 claims. Failure to comply will result in dismissal.

**(4)** This Court's judgment is **VACATED**. (ECF No. 24.)

DATED this 17th day of August, 2022.

BY THE COURT:

_____
JUDGE DAVID BARLOW
United States District Court